Jeffrey H. Mims, Trustee
Founders Square
900 Jackson Street, Suite 560
Dallas, Texas  75202
214-210-2913

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COLOMBO, ROBERT P. | § | Case No. 15-30993HDH |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/05/2015 . The undersigned trustee was appointed on 03/05/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $   60,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 34.63 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 59,965.37 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/10/2015 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 6,250.00 , for a total compensation of $ 6,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 233.90 , for total expenses of $ 233.90 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/13/2016     By: /s/JEFFREY MIMS, TRUSTEE
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 15-30993HDH | Judge: Harlin D. Hale | Trustee Name: | JEFFREY MIMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | COLOMBO, ROBERT P. | | Date Filed (f) or Converted (c): | 03/05/15 (f) |
| | | | 341(a) Meeting Date: | 04/14/15 |
| For Period Ending: | 06/13/16 | | Claims Bar Date: | 11/10/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOMESTEAD THE FOLLOWING PROPERTY IS THE DEBTOR'S W | 0.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 3. BENCHMARK BANK - CHECKING ACCOUNT (ACCOUNT NUMBER | 100.00 | 0.00 | | 0.00 | FA |
| 4. MASTER BEDROON: TWO (2) LAMPS ($200); BED ($300); | 21,480.00 | 0.00 | | 0.00 | FA |
| 5. DEBTOR HAS A BOOK COLLECTION OF APPROXIMATELY 2,00 | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. PERSONAL PHOTOGRAPHS/PICTURES OF FAMILY INCLUDING | 250.00 | 0.00 | | 0.00 | FA |
| 7. CLOTHING FOR FAMILY OF THREE (3) | 5,000.00 | 0.00 | | 0.00 | FA |
| 8. THREE (3) WATCHES ($2,000); WEDDING RING ($50); AN | 2,250.00 | 0.00 | | 0.00 | FA |
| 9. ART WORK: PETER MAX MICK JAGGER PAINTING (ESTIMATE | 45,750.00 | 55,000.00 | | 60,000.00 | FA |
| 10. GOLF CLUBS | 300.00 | 0.00 | | 0.00 | FA |
| 11. ANNUITY/LIFE INSURANCE PRODUCT WITH PRUDENTIAL FIN | 25,000.00 | 0.00 | | 0.00 | FA |
| 12. IRA (SAID ACCOUNT IS IN THE DEBTOR'S WIFE'S NAME W | 100,000.00 | 0.00 | | 0.00 | FA |
| 13. 100% OWNER OF LA REVE CONSULTING CORP II (SAID ENT | 0.00 | 0.00 | | 0.00 | FA |
| 14. DEBTOR OWNS APPROXIMATELY 60% OF R & R.S.P.C., LLC | 0.00 | 0.00 | | 0.00 | FA |
| 15. 66.5% OF R & R & R & R 1, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 16. ANTHONY RYANCZAK - PERSONAL LOAN IN APPROXIMATELY | 185,000.00 | 0.00 | | 0.00 | FA |
| 17. DAVID SPAULDING (INVESTMENT IN A WIND FARM. ESTIMA | 130,000.00 | 0.00 | | 0.00 | FA |
| 18. 2008 MERCEDES BENZ CL550 (THE NOTE ON THIS VEHICLE | 18,000.00 | 0.00 | | 0.00 | FA |
| 19. DOG | 100.00 | 0.00 | | 0.00 | FA |
| 20. PERSONAL COSMETICS ($0.00); IPHONE AND IPAD ($200) | 500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)　　$535,830.00　　$55,000.00　　$60,000.00　　$0.00

(Total Dollar Amount in Column 6)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 15-30993HDH  Judge: Harlin D. Hale | Trustee Name: JEFFREY MIMS, TRUSTEE |
| Case Name: | COLOMBO, ROBERT P. | Date Filed (f) or Converted (c): 03/05/15 (f) |
| | | 341(a) Meeting Date: 04/14/15 |
| | | Claims Bar Date: 11/10/15 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor has funded settlement in last few days and Trustee expects to file final report sometime before 6/30/16.

Initial Projected Date of Final Report (TFR): 06/30/16    Current Projected Date of Final Report (TFR): 06/30/16

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 15-30993HDH | | Trustee Name: | JEFFREY MIMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | COLOMBO, ROBERT P. | | Bank Name: | FIRST NATIONAL BANK - VINITA |
| | | | Account Number / CD #: | *******1506 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2614 | | | |
| For Period Ending: | 06/13/16 | | Blanket Bond (per case limit): | $ 300,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/12/16 | 9 | Roberto Colombo | partial c/s payment | 1129-000 | 7,000.00 | | 7,000.00 |
| 01/12/16 | 9 | Roberto Columbo | partial C/S payment | 1121-000 | 5,000.00 | | 12,000.00 |
| 02/05/16 | | FIRST NATIONAL BANK - VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,990.00 |
| 03/07/16 | | FIRST NATIONAL BANK - VINITA | BANK SERVICE FEE | 2600-000 | | 11.91 | 11,978.09 |
| 04/07/16 | | FIRST NATIONAL BANK - VINITA | BANK SERVICE FEE | 2600-000 | | 12.72 | 11,965.37 |
| 04/09/16 | 9 | Prevost & Shaff, IOLTA Account | Final payment C/S | 1149-000 | 48,000.00 | | 59,965.37 |

| | COLUMN TOTALS | 60,000.00 | 34.63 | 59,965.37 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 60,000.00 | 34.63 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 60,000.00 | 34.63 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******1506 | 60,000.00 | 34.63 | 59,965.37 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 60,000.00 | 34.63 | 59,965.37 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 60,000.00 34.63

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 13, 2016 |
|---|---|---|---|---|---|---|
| Case Number: | 15-30993HDH | Claim Class Sequence | | | | |
| Debtor Name: | COLOMBO, ROBERT P. | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3210-00 | Cavazos Hendricks Poirot & Smitham, P.C. | Administrative | | $0.00 | $19,107.21 | $19,107.21 |
| 000010A<br>058<br>5800-00 | Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division<br>MC-008<br>PO Box 12548<br>Austin TX 78711-2548<br>(512) 463-2173 | Priority | (10-1) Mixed Beverage Sales Tax Ch. 183, 151<br>(10-1) General Unsecured Amount 122.12 | $0.00 | $633.13 | $633.13 |
| 000011A<br>058<br>5800-00 | Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division<br>MC-008<br>PO Box 12548<br>Austin TX 78711-2548<br>(512) 463-2173 | Priority | (11-1) Sales and Use Tax. 151 (321, 322, 323)<br>(11-1) General Unsecured Amount 3,929.42 | $0.00 | $17,785.84 | $17,785.84 |
| 000019<br>051<br>5100-00 | Crystal Colombo<br>CO John B. Polk<br>The Law Offices of John B. Polk<br>2911 Turtle Creek Blvd., Ste. 300<br>Dallas, TX 75219 | Priority | | $142,500.00 | $485,250.00 | $485,250.00 |
| 070<br>7100-00 | COMPTROLLER OF PUBLIC ACCOUNTS | Unsecured | | $0.00 | $3,929.42 | $3,929.42 |
| 000002<br>070<br>7100-00 | andrew t malloy<br>8400 E Prentice Avenue<br>Suite 1500<br>Greenwood Village, CO 80111 | Unsecured | (2-2) Account Number (last 4 digits):0993 | $0.00 | $311,000.00 | $311,000.00 |
| 000003<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $286.86 | $286.86 |
| 000004<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $2,646.00 | $2,646.17 | $2,646.17 |
| 000005<br>070<br>7100-00 | Newtek Small Business Finance, LLC<br>Attn: Jose Morales, VP<br>60 Hempstead Ave., 5th FL<br>West Hempstead, NY 11552 | Unsecured | (5-1) Guarantee of U.S. Small Business Administration Note | $1,060,372.00 | $1,104,415.00 | $1,104,415.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 13, 2016 |
|---|---|---|---|---|---|---|

Case Number:  15-30993HDH  
Debtor Name:  COLOMBO, ROBERT P.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | Scheduled | Claimed | Allowed |
|---|---|---|---:|---:|---:|
| 000006<br>070<br>7100-00 | Auerbach Albert & Gold, L.C.<br>12801 N. Central Expressway, Suite 1500<br>Dallas, TX 75243 | Unsecured<br>(6-1) Account Number (last 4 digits):1568 | $564.40 | $9,464.72 | $9,464.72 |
| 000007<br>070<br>7100-00 | New York Commercial Bank<br>102 Duffy Ave.<br>3rd floor - Collections<br>Hicksville, NY 11801 | Unsecured | $4,532.00 | $4,532.44 | $4,532.44 |
| 000008<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>(8-1) CREDIT CARD DEBT | $5,962.00 | $5,982.76 | $5,982.76 |
| 000009<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>(9-1) CREDIT CARD DEBT | $5,386.00 | $6,923.35 | $6,923.35 |
| 000012<br>070<br>7100-00 | Bureaus Investment Group Portfolio No<br>15 LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured<br>(12-1) CAPITAL ONE, N.A. | $0.00 | $5,843.01 | $5,843.01 |
| 000013<br>070<br>7100-00 | Bank of America, N.A.<br>c/o Richard G. Dafoe<br>Vincent Lopez Serafino Jenevein, P.C.<br>1601 Elm Street, Suite 4100<br>Dallas, TX 75201 | Unsecured | $1,358,091.61 | $1,491,214.43 | $1,491,214.43 |
| 000014<br>070<br>7100-00 | Wells Fargo Bank, N.A.<br>Business Direct Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-8650 | Unsecured<br>(14-1) 611695071 | $0.00 | $53,968.89 | $53,968.89 |
| 000015<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>(15-1) CREDIT CARD DEBT | $3,012.00 | $3,012.72 | $3,012.72 |
| 000016<br>070<br>7100-00 | Lower Oak Lawn Investment, LP<br>Luke Davis<br>Glast, Phillips & Murray, P.C.<br>14801 Quorum Dr.<br>Suite 500<br>Dallas, TX 75254-1449 | Unsecured | $100,000.00 | $120,276.88 | $120,276.88 |
| 000017<br>070<br>7100-00 | JPMorgan Chase Bank, N.A.<br>c/o Karl Reed<br>P.O. Box 29550, AZ1-1004<br>Phoenix, AZ 85038 | Unsecured | $297,970.60 | $277,827.03 | $277,827.03 |

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 3 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: June 13, 2016 |

Case Number: 15-30993HDH  
Debtor Name: COLOMBO, ROBERT P.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000018 070 7100-00 | Thrailkill Family Limited Liability Company 200 Allentown Parkway Allen, TX 75002-4210 | Unsecured | | $0.00 | $100,000.00 | $100,000.00 |
| 10A 070 7100-00 | COMPTROLLER OF PUBLIC ACCOUNTS STATE OF TEXAS | Unsecured | | $0.00 | $122.12 | $122.12 |
| | Case Totals: | | | $2,981,036.61 | $4,024,221.98 | $4,024,221.98 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-30993HDH
Case Name: COLOMBO, ROBERT P.
Trustee Name: JEFFREY MIMS, TRUSTEE

| Balance on hand | $ | 59,965.37 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JEFFREY MIMS, TRUSTEE | $ 6,250.00 | $ 0.00 | $ 6,250.00 |
| Trustee Expenses: JEFFREY MIMS, TRUSTEE | $ 233.90 | $ 0.00 | $ 233.90 |
| Attorney for Trustee Fees: Cavazos Hendricks Poirot & Smitham, P.C. | $ 18,682.00 | $ 0.00 | $ 18,682.00 |
| Attorney for Trustee Expenses: Cavazos Hendricks Poirot & Smitham, P.C. | $ 425.21 | $ 0.00 | $ 425.21 |

| Total to be paid for chapter 7 administrative expenses | $ 25,591.11 |
| Remaining Balance | $ 34,374.26 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 503,668.97 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010A | Comptroller of Public Accounts | $ 633.13 | $ 0.00 | $ 0.00 |
| 000011A | Comptroller of Public Accounts | $ 17,785.84 | $ 0.00 | $ 0.00 |
| 000019 | Crystal Colombo | $ 485,250.00 | $ 0.00 | $ 34,374.26 |

Total to be paid to priority creditors    $    34,374.26

Remaining Balance    $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,501,445.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | andrew t malloy | $ 311,000.00 | $ 0.00 | $ 0.00 |
| 000003 | PYOD, LLC its successors and assigns as | $ 286.86 | $ 0.00 | $ 0.00 |
| 000004 | Capital One Bank (USA), N.A. | $ 2,646.17 | $ 0.00 | $ 0.00 |
| 000005 | Newtek Small Business Finance, LLC | $ 1,104,415.00 | $ 0.00 | $ 0.00 |
| 000006 | Auerbach Albert & Gold, L.C. | $ 9,464.72 | $ 0.00 | $ 0.00 |
| 000007 | New York Commercial Bank | $ 4,532.44 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | American Express Bank, FSB | $ 5,982.76 | $ 0.00 | $ 0.00 |
| 000009 | American Express Centurion Bank | $ 6,923.35 | $ 0.00 | $ 0.00 |
| 000012 | Bureaus Investment Group Portfolio No | $ 5,843.01 | $ 0.00 | $ 0.00 |
| 000013 | Bank of America, N.A. | $ 1,491,214.43 | $ 0.00 | $ 0.00 |
| 000014 | Wells Fargo Bank, N.A. | $ 53,968.89 | $ 0.00 | $ 0.00 |
| 000015 | American Express Bank, FSB | $ 3,012.72 | $ 0.00 | $ 0.00 |
| 000016 | Lower Oak Lawn Investment, LP | $ 120,276.88 | $ 0.00 | $ 0.00 |
| 000017 | JPMorgan Chase Bank, N.A. | $ 277,827.03 | $ 0.00 | $ 0.00 |
| 000018 | Thrailkill Family Limited Liability | $ 100,000.00 | $ 0.00 | $ 0.00 |
| 10A | COMPTROLLER OF PUBLIC ACCOUNTS | $ 122.12 | $ 0.00 | $ 0.00 |
|  | COMPTROLLER OF PUBLIC ACCOUNTS | $ 3,929.42 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $                0.00

Remaining Balance     $                0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE